

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2015

No. 04-14-00363-CV

Augustine **NWABUISHI**, Rose Nwabuishi, Resource Health Services, Inc dba Resource Home
Health Services, Inc. and Resource Care Corp.,
Appellants

v.

Dana D. **MOHAMMADI**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05341
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing and
Rehearing En Banc is GRANTED. The time is extended to August 24, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 13th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court